No. 73–6824. LITTLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6825. ERBER v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 73–6827. KREAGER v. GENERAL ELECTRIC CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–6829. KINNELL v. GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 73–6831. DIGGS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6832. SIMMONS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6833. COTHRUM v. OKLAHOMA COUNTY DISTRICT COURT ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 73–6834. TURMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6836. HOLLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6837. BORUSKI v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 73–6838. TERRELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6839. GRIFFITH ET AL. v. EDWARDS, SHERIFF. C. A. 8th Cir. Certiorari denied.